YWM



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:06-CR-98-1-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | I N F O R M A T I O N |
| | ) | |
| CONNIE N. JACOBS | ) | |

The United States Attorney charges that:

Between on or about October 1, 1998 through and including November 6, 2004, in the Eastern District of North Carolina and elsewhere, the defendant, CONNIE N. JACOBS, did knowingly and willfully embezzle, steal, abstract, and convert to her own use and the use of another money, funds, property and other assets of a labor organization to wit, Local 495, International Brotherhood of Electrical Workers, a labor organization engaged in a business affecting commerce, said money, funds, property and other assets having come into her possession by virtue of her employment with Local 495, in violation of Title 29, United States Code, Section 501(c).

### FORFEITURE NOTICE

The defendant is given notice of the provisions of Title 18, United States Code, Section 981(a)(1)(c), as made applicable herein by Title 28, United States Code, Section 2461(c), and

Title 18, United States Code, Section 982(a)(7), that all the defendant's interest in all property specified herein is subject to forfeiture.

As a result of the foregoing offense in the Information, the defendant shall forfeit to the United States any and all property constituting, or derived from, any proceeds the said defendant obtained directly or indirectly as a result of the said offense.

The forfeitable property includes but is not limited to:

(1) the gross proceeds of the defendant's illegal act in an amount of at least $119,431.56.00.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any

other property of said defendant up to the value of the above forfeitable property.

                                          GEORGE E.B. HOLDING
                                          United States Attorney

                                          YVONNE V. WATFORD-MCKINNEY
                                          Assistant United States Attorney
                                          Criminal Division